JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>L.A. MARTINEZ, Warden,<br><br>    Respondent. | Case No. 2:22-cv-08866-DMG-PD<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 29, 2023

                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE